UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 2:06-cr-06-02

MATTHEW JAMES MALECKI,          HON. ROBERT HOLMES BELL

    Defendant.
_____/

## ORDER OF DETENTION

Defendant Malecki appeared before the undersigned on March 15, 2006, for purposes of an initial appearance and arraignment. At that time, the court was advised that the defendant was incarcerated with the Michigan Department of Corrections and appearing on a Writ of Habeas Corpus. The court advised defendant that a detention hearing would not be held at this time; however, defendant would reserve the right to request a hearing at a later date if he became eligible for release from the State of Michigan. Accordingly, defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley  
                                      TIMOTHY P. GREELEY  
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 21, 2006